**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
ddornak@fisherphillips.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MV TRANSPORTATION, INC., | Case No.: 2:23-cv-00704-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR RULE 11 SANCTIONS** |
| v. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631, | |
| Defendant. | **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiff MV Transportation, Inc. will have a one-week extension of time, from September 19, 2023, up to and including September 26, 2023, to file its opposition to Defendant International Brotherhood of Teamsters, Local 631's Motion for Rule 11 Sanctions (ECF No. 9), which was filed on September 5, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

FP 48235602.1

This is the first request for an extension of this deadline. This request is also made in good faith and not for the purpose of delay. Plaintiff's counsel needs additional time due to conflicting labor matters he is handling.

Dated this 15th day of September, 2023.

| FISHER & PHILLIPS, LLP | McCRACKEN, STERMERMAN & HOLSBERRY, LLP |
|---|---|
| By: */s/ David B. Dornak, Esq.*<br>David B. Dornak, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By: */s/ Kimberly C. Weber, Esq.*<br>Kimberly C. Weber, Esq.<br>1630 S. Commerce Street, Suite A-1<br>Las Vegas, Nevada 89123<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 18, 2023