**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
ddornak@fisherphillips.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MV TRANSPORTATION, INC., | ) Case No.: 2:23-cv-00704-JCM-DJA |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| v. | ) **EXTEND TIME FOR PLAINTIFF** |
| | ) **TO FILE OPPOSITION TO** |
| INTERNATIONAL BROTHERHOOD OF | ) **DEFENDANT'S MOTION FOR** |
| TEAMSTERS, LOCAL 631, | ) **RULE 11 SANCTIONS** |
| Defendant. | ) **(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiff MV Transportation, Inc. will have a two-week extension of time, from September 26, 2023, up to and including October 10, 2023, to file its opposition to Defendant International Brotherhood of Teamsters, Local 631's Motion for Rule 11 Sanctions (ECF No. 9), which was filed on September 5, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 48298535.1

1

This is the second request for an extension of this deadline and is made in good faith and not for the purpose of delay.   The parties are engaged in settlement discussions and seek the opportunity to continue such discussions prior to incurring additional fees associated with the pending motion.

Dated this 25th day of September, 2023.

FISHER & PHILLIPS, LLP

McCRACKEN, STERMERMAN & HOLSBERRY, LLP

By: */s/ David B. Dornak, Esq.*
David B. Dornak, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

By: */s/ Kimberly C. Weber*
Kimberly C. Weber, Esq.
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89123
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/26/2023

FP 48298535.1

2