1

**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.

2

Nevada Bar No. 6274
300 S. Fourth Street, Suite 1500

3

Las Vegas, Nevada 89101
Telephone: (702) 252-3131

4

ddornak@fisherphillips.com
*Attorneys for Plaintiff*

5

6

### UNITED STATES DISTRICT COURT

7

### DISTRICT OF NEVADA

8

MV TRANSPORTATION, INC.,                  ) Case No.: 2:23-cv-00704-JCM-DJA

9

                          Plaintiff,      ) **STIPULATION AND ORDER TO**

10

        v.                                ) **EXTEND TIME FOR PLAINTIFF**
                                          ) **TO FILE ANSWER TO**

11

INTERNATIONAL BROTHERHOOD OF              ) **DEFENDANT'S COUNTERCLAIM**
TEAMSTERS, LOCAL 631,                     )

12

                          Defendant.      ) **(First Request)**

13

_____  )

14

        IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

15

record that Plaintiff MV Transportation, Inc. will have a two-week extension of time,

16

from October 16, 2023, up to and including October 30, 2023, to file its answer to

17

Defendant International Brotherhood of Teamsters, Local 631's Counterclaim (ECF

18

No. 13), which was filed on September 25, 2023.

19

/ / /

20

/ / /

21

/ / /

22

/ / /

23

/ / /

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

/ / /

**FISHER & PHILLIPS LLP**
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1         This is the first request for an extension of this deadline.  This request is also

2    made in good faith and not for the purpose of delay.  The parties are engaged in

3    settlement discussions and believe they are close to resolving this matter.  The parties

4    would like the opportunity to finish such discussions prior to incurring additional fees.

5         Dated this 13th day of October, 2023.

6    FISHER & PHILLIPS, LLP      McCRACKEN, STERMERMAN &

7                                      HOLSBERRY, LLP

8    By: */s/ David B. Dornak, Esq.*     By: */s/ Kimberly C. Weber, Esq.*

9    David B. Dornak, Esq.          Kimberly C. Weber, Esq.
    300 S. Fourth Street, Suite 1500   1630 S. Commerce Street, Suite A-1

10   Las Vegas, Nevada 89101        Las Vegas, Nevada 89123
    *Attorneys for Plaintiff*         *Attorneys for Defendant*

11

12                       **ORDER**

13                     IT IS SO ORDERED:

14

15                     _____

16                     DANIEL J. ALBREGTS
                    UNITED STATES MAGISTRATE JUDGE

17                     DATED: 10/17/2023

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 48497409.1