**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
ddornak@fisherphillips.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MV TRANSPORTATION, INC., | Case No.: 2:23-cv-00704-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR RULE 11 SANCTIONS** |
| v. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631, | |
| Defendant. | **(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiff MV Transportation, Inc. will have a one-week extension of time, from October 24, 2023, up to and including October 31, 2023, to file its opposition to Defendant International Brotherhood of Teamsters, Local 631's Motion for Rule 11 Sanctions (ECF No. 9), which was filed on September 5, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FP 48571530.2

1

This is the fourth request for an extension of this deadline and is made in good faith and not for the purpose of delay. The parties request an extension because they are very close to settling this matter and would like the opportunity to finish settlement discussions prior to incurring additional fees associated with the pending motion.

Dated this 23rd day of October, 2023.

| FISHER & PHILLIPS, LLP | McCRACKEN, STERMERMAN & HOLSBERRY, LLP |
|---|---|
| By: */s/ David B. Dornak, Esq.*<br>David B. Dornak, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By: */s/ Kimberly C. Weber, Esq.*<br>Kimberly C. Weber, Esq.<br>1630 S. Commerce Street, Suite A-1<br>Las Vegas, Nevada 89123<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 10/25/2023

FP 48571530.2