**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
ddornak@fisherphillips.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MV TRANSPORTATION, INC., | Case No.: 2:23-cv-00704-JCM-DJA |
| Plaintiff/Counter-Respondent, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631, | |
| Defendant/Counter-Petitioner. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the Plaintiff/Counter-Respondent's Petition to Vacate be dismissed with prejudice and the Defendant/Counter-Petitioner's Counter Petition to Confirm be dismissed without prejudice, with each party to bear their own costs and attorneys' fees.

Dated this 30th day of November, 2023.

| FISHER & PHILLIPS, LLP | McCRACKEN, STERMERMAN & HOLSBERRY, LLP |
|---|---|
| By: */s/ David B. Dornak, Esq.* | By: */s/ Kimberly C. Weber, Esq.* |
| David B. Dornak, Esq. | Kimberly C. Weber, Esq. |
| 300 S. Fourth Street, Suite 1500 | 1630 S. Commerce Street, Suite A-1 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89123 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

IT IS SO ORDERED:

*[signature]*
UNITED STATES DISTRICT JUDGE
Dated: December 7, 2023

FP 48921300.2